IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

vs.                                                              CRIMINAL NO. 1:02-CR-00069-WHB-2

DON ANTHONY HUNTER                                                                      DEFENDANT

## ORDER ALLOWING REMISSION OF FINE

THIS CAUSE came on for consideration on United States' Motion for Remission of Fine [#68] in accordance with the provisions of 18 U.S.C. § 3573.

The Court has considered the Motion and finds that it is well-taken and should be granted.

WHEREFORE, PREMISES CONSIDERED, the unpaid portion of the fine imposed on March 10, 2003, is hereby remitted.

SO ORDERED, this the 3rd day of January, 2017.

                                                                                s/David Bramlette
                                                                                HONORABLE DAVID C. BRAMLETTE
                                                                                UNITED STATES DISTRICT JUDGE